IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYNGA GAME NETWORK, | No. C 09-03209 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| JASON MCCANN, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 29, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 28, 2010.

DESIGNATION OF EXPERTS: March 5, 2010; REBUTTAL: March 26, 2010.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 4, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by July 2, 2010;

Opp. Due July 16, 2010; Reply Due July 23, 2010;

and set for hearing no later than August 6, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 7, 2010 at 3:30 PM.

JURY TRIAL DATE: September 20, 2010 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
A mediation session shall occur in December 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

SUSAN ILLSTON
United States District Judge