1 | Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
2 | Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
3 | David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
4 | Christopher T. Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
5 | KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
6 | Penthouse Suite
Beverly Hills, California 90212
7 | Telephone: (310) 248-3830
Facsimile: (310) 860-0363
8 |
Attorneys for Plaintiff
9 | ZYNGA GAME NETWORK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC., a Delaware Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JASON MCCANN, an individual,<br><br>　　　　　　　Defendant. | **CASE NO. CV 09-3209 SI**<br><br>**STIPULATION TO FILING OF FIRST AMENDED COMPLAINT** |

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 15(d) and Civil Local Rule 7-12, Plaintiff Zynga Game Network Inc. ("Zynga") and Defendant Jason McCann, by and through their undersigned counsel, hereby stipulate to the filing of Zynga's First Amended Complaint in this action.

**IT IS SO STIPULATED**

Dated:  December 11, 2009         By:_____/ctv/_____
                                          Christopher T. Varas
                                  Keats McFarland & Wilson LLP
                                  Attorneys for Plaintiff
                                  ZYNGA GAME NETWORK INC.

Dated:  December 11, 2009         By:_____/wrg/_____
                                          William R. Gilmore
                                  Strassburg, Gilmore & Wei LLP
                                  Attorneys for Defendant
                                  JASON McCANN

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

ENTERED THIS ____ DAY OF _____, 2009

_____
The Honorable Susan Illston,
United States District Court Judge

- 1 -

CASE NO. CV 09-3209 SI
STIPULATION TO FILING OF
FIRST AMENDED COMPLAINT