1  Larry W. McFarland (Bar No. 129668)
   E-Mail: lmcfarland@kmwlaw.com
2  Dennis Wilson (Bar No. 155407)
   E-Mail: dwilson@kmwlaw.com
3  David K. Caplan (Bar No. 181174)
   E-Mail: dcaplan@kmwlaw.com
4  Christopher T. Varas (Bar No. 257080)
   E-Mail: cvaras@kmwlaw.com
5  KEATS McFARLAND & WILSON LLP
   9720 Wilshire Boulevard
6  Penthouse Suite
   Beverly Hills, California 90212
7  Telephone: (310) 248-3830
   Facsimile: (310) 860-0363
8
   Attorneys for Plaintiff
9  ZYNGA GAME NETWORK INC.

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

15 | ZYNGA GAME NETWORK INC., | **CASE NO. CV 09-3209 SI**
   | a Delaware Corporation, |
16 | |
17 |          Plaintiff, | **STIPULATION TO FILING OF FIRST AMENDED COMPLAINT**
18 |      v. |
19 | JASON MCCANN, an individual, |
20 |          Defendant. |

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 15(d) and Civil Local Rule 7-12, Plaintiff Zynga Game Network Inc. ("Zynga") and Defendant Jason McCann, by and through their undersigned counsel, hereby stipulate to the filing of Zynga's First Amended Complaint in this action.

**IT IS SO STIPULATED**

Dated: December 11, 2009     By: _____/ctv/_____
                                          Christopher T. Varas
                                          Keats McFarland & Wilson LLP
                                          Attorneys for Plaintiff
                                          ZYNGA GAME NETWORK INC.

Dated: December 11, 2009     By: _____/wrg/_____
                                          William R. Gilmore
                                          Strassburg, Gilmore & Wei LLP
                                          Attorneys for Defendant
                                          JASON McCANN

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

ENTERED THIS ____ DAY OF _____, 2009

_____
The Honorable Susan Illston,
United States District Court Judge

- 1 -

CASE NO. CV 09-3209 SI
STIPULATION TO FILING OF
FIRST AMENDED COMPLAINT