Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Christopher T. Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC.,<br><br>Plaintiff,<br><br>v.<br><br>JASON McCANN,<br><br>Defendant. | **CASE NO. CV-09:3209 SI**<br><br>[~~PROPOSED~~] **ORDER COMPELLING DEFENDANT TO PRESERVE EVIDENCE** |

1  THE COURT, having considered Plaintiff Zynga Game Network's ("Zynga's") Motion to
2  Compel Defendant to Preserve Evidence, and having considered the exhibits thereto, the supporting
3  declaration of Christopher Varas, and the other pleadings and submissions on file in this matter,
4  hereby GRANTS Zynga's motion.

5  Defendant Jason McCann is hereby ORDERED to immediately preserve all documents and
6  information within his possession, custody or control that may be relevant to this litigation, including
7  but not limited to all documents and information that may be responsive to Zynga's discovery
8  requests. This Order extends to electronic documents and information, including without limitation
9  Internet "chat" transcripts, instant messages, emails, and records of social networking accounts,
10 usernames, and email accounts that have been used in connection with Defendant's activities as
11 alleged in the First Amended Complaint, as well as all other electronic and hard copy documents and
12 information that relate in any way to those alleged activities. The Court further clarifies that
13 Defendant's preservation obligation extends to documents and information within the physical
14 possession of third parties that Defendant has the legal right to obtain. Defendant is hereby
15 ORDERED to immediately take all steps necessary to ensure that such third parties preserve all
16 potentially relevant or responsive documents and information.

17 Defendant's obligation to preserve potentially relevant or responsive documents and
18 information exists independent of this ORDER, and Defendant has been under an obligation to
19 preserve such documents and information since at least the date he was served with the summons
20 and complaint in this matter. The Court reserves the right to impose appropriate sanctions against
21 Defendant and his attorney if discovery confirms that Defendant has destroyed or failed to preserve
22 evidence since he was served with the summons and complaint. If Defendant destroys or fails to
23 //
24 //
25 //
26 //
27
28

- 1 -

CASE NO. CV-09:3209 SI
[PROPOSED] ORDER COMPELLING
DEFENDANT TO PRESERVE EVIDENCE

1  preserve potentially relevant or responsive documents or information after the date of this Order,
2  Defendant and his attorney will be subject to further sanctions, including without limitation default
3  and monetary sanctions.

5  IT IS SO ORDERED.

   ENTERED THIS <u>26th</u> DAY OF <u>January</u>, 2009

   _____
   The Honorable Susan Illston
   United States District Court Judge

CASE NO. CV-09:3209 SI
[PROPOSED] ORDER COMPELLING
DEFENDANT TO PRESERVE EVIDENCE

**PROOF OF SERVICE**
<u>Zynga Game Network Inc. v. JASON McCANN</u>
U.S. District Court, Northern District of California
(San Francisco Division)
Case No. CV 09-3209 SI

I, the undersigned, say: I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212, and I am employed in the office of Keats McFarland & Wilson LLP, by a member of the Bar of this Court, at whose direction the service mentioned herein below was made.

I am readily familiar with the normal business practices of my employer for the collection and processing of correspondence and other materials for mailing with the United States Postal Service. In the ordinary course of business, any materials designated for mailing with the United States Postal Service and placed by me for collection in the office of my employer is deposited that same day with the United States Postal Service, postage thereon fully prepaid.

On December 23, 2009, I served a copy of the following document(s) entitled:

**MOTION TO COMPEL DEFENDANT TO PRESERVE EVIDENCE;
DECLARATION OF CHRISTOPHER T. VARAS IN SUPPORT THEREOF;
[PROPOSED] ORDER**

upon counsel and/or interested parties named below by placing a true and correct copy thereof in an envelope, addressed as follows, and by the method stated:

> William R. Gilmore, Esq.
> Strassburg, Gilmore & Wei, LLP
> 600 S. Lake Ave., Suite 305
> Pasadena, CA 91106
> E-mail:      Will@SGWLawyers.com
> Telephone:   (626) 683-9933
> Facsimile:   (626) 683-9944

[X]   **(BY EMAIL OR ELECTRONIC TRANSMISSION)** I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 23, 2009, at Beverly Hills, California.

/s/
_____
Angelina Caviles