1  Larry W. McFarland (Bar No. 129668)
   E-Mail: lmcfarland@kmwlaw.com
2  Dennis Wilson (Bar No. 155407)
   E-Mail: dwilson@kmwlaw.com
3  David K. Caplan (Bar No. 181174)
   E-Mail: dcaplan@kmwlaw.com
4  Christopher T. Varas (Bar No. 257080)
   E-Mail: cvaras@kmwlaw.com
5  KEATS McFARLAND & WILSON LLP
   9720 Wilshire Boulevard
6  Penthouse Suite
   Beverly Hills, California 90212
7  Telephone: (310) 248-3830
   Facsimile: (310) 860-0363

   Attorneys for Plaintiff
   ZYNGA GAME NETWORK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JASON MCCANN, an individual,<br><br>Defendant. | **CASE NO. CV 09-3209 SI**<br><br>**[PROPOSED] ORDER CONTINUING APRIL 9 MOTION HEARING** |

1     THE COURT, having considered the stipulation of the parties in this matter regarding the motion currently set for hearing on April 9, 2010 (the "Motion") and the other pleadings and matters on file, and finding good cause therefor, hereby continues hearing date for the Motion until April 30, 2010.

**IT IS SO ORDERED**

ENTERED THIS ____ DAY OF _____, 2010

_____
The Honorable Susan Illston,
United States District Court Judge