Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Christopher T. Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California  90212
Telephone:  (310) 248-3830
Facsimile:  (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC., a Delaware Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JASON MCCANN, an individual,<br><br>　　　　　　　　Defendant. | **CASE NO.  CV 09-3209 SI**<br><br>**[PROPOSED] ORDER CONTINUING APRIL 9 MOTION HEARING** |

1  THE COURT, having considered the stipulation of the parties in this matter regarding the
2  motion currently set for hearing on April 9, 2010 (the "Motion") and the other pleadings and matters
3  on file, and finding good cause therefor, hereby continues hearing date for the Motion until April 30,
4  2010.

6  **IT IS SO ORDERED**

ENTERED THIS ____ DAY OF _____, 2010

_____
The Honorable Susan Illston,
United States District Court Judge